THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JANET GARLICK, individually, and as PERSONAL REPRESENTATIVE for the ESTATE OF TODD GARLICK,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. C25-0846-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Plaintiffs' Notice of Voluntary Dismissal (Dkt. No. 2). Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a case may be dismissed by a plainitff's notice before the opposing party serves either an answer or a motion for summary judgment. Here, there has been no answer or other filing by Defendant. As such, Plaintiffs' notice is self-executing. Thus, the action is DISMISSED and the Clerk is DIRECTED to close this case.

//

//

//

MINUTE ORDER
C25-0846-JCC
PAGE - 1

DATED this 25th day of August 2025.

Ravi Subramanian
Clerk of Court

s/Kadya Peter
Deputy Clerk
